UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>ELAINE L. CHAO,<br><br>    Defendant. | Case No. 19-cv-01411-JCS<br><br>**ORDER REGARDING LEAVE TO AMEND AND CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 37, 38 |

    The Court, the Honorable Elizabeth Laporte presiding, previously granted Defendant Elaine Chao's motion to dismiss Plaintiff Cheryl Young's complaint without leave to amend. The case was reassigned to the undersigned magistrate judge after entry of Judge Laporte's order of dismissal and her retirement from the Court.

    On appeal, the Ninth Circuit affirmed the decision to dismiss the complaint, but reversed the denial of leave to amend, holding that Young should be permitted to amend her complaint to pursue de novo review of the decision of the Equal Employment Opportunity Commission ("EEOC") if Young can allege that she received the EEOC's December 14, 2018 errata and corrected final decision within ninety days before she brought this action. *See Young v. Chao*, 816 F. App'x 154 (9th Cir. 2020) (filed in this Court's docket as docket entry 37).[1] Accordingly, if Young received the EEOC's decision within that time, she may file an amended complaint no later than November 6, 2020.

    Any amended complaint must include the caption and case number (19-cv-01411) used in this order and the words FIRST AMENDED COMPLAINT on the first page, and should allege specifically the date on which Young received the EEOC's corrected decision. Because an

---

[1] The Ninth Circuit's mandate issued on October 5, 2020. Dkt. 38.

amended complaint completely replaces the previous complaint, any amended complaint may not incorporate claims or allegations of Young's original complaint by reference, but instead must include all of the facts and claims Young wishes to present. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).

**An initial case management conference will occur on December 11, 2020 at 2:00 PM via Zoom videoconference.** The parties shall file either a joint case management statement or separate case management statements no later than December 4, 2020.

Young, who is representing herself, is encouraged to contact the Federal Pro Bono Project's Pro Se Help Desk for assistance if she continues to pursue this case. Lawyers at the Help Desk can provide basic assistance to parties representing themselves but cannot provide legal representation. In-person appointments are not currently available due to the COVID-19 public health emergency, but Young may contact the Help Desk at (415) 782-8982 or FedPro@sfbar.org to schedule a telephonic appointment.

**IT IS SO ORDERED.**

Dated: October 7, 2020

_____
JOSEPH C. SPERO
Chief Magistrate Judge