# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Cheryl Young | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cv-01411-JCS |
| Elaine L. Chao, Pete Buttigieg, et al. | ) |
| *Defendant* | ) |

## NOTICE OF WITHDRAWAL

To: The clerk of court and all parties of record

David Ratner and Shelley Molineaux hereby withdraw as attorneys for Plaintiff. The Notice of Appearance was filed prematurely. Plaintiff has not agreed to retain the attorneys. Please withdraw for party:

Cheryl Young

Date: January 28, 2022

/s/ *David S. Ratner* /s/ *Shelley A. Molineaux*
*Attorney's signature*

David S. Ratner SBN 316267
Shelley A. Molineaux SBN 277884
*Printed name and bar number*

1990 N. California Blvd., ste 20
Walnut Creek, CA 94596

*Address*

david@ratnermolineaux.com
shelley@ratnermolineaux.com
*E-mail address*

925-239-0899
*Telephone number*

925-478-5969
*FAX number*

## PROOF OF SERVICE

I, Halsey Volker, declare:

At the time of service I was over 18 years of age, and not a party to this action. My business mailing address is 1990 N. California Blvd, Suite 20, Walnut Creek, CA 94596.

On January 28, 2022, I served the following document(s) on the parties in the within action:

## NOTICE OF WITHDRAWAL

| X | **BY ELECTRONIC SERVICE:** Based on the court's Local Rules ordering mandatory e-filing of all documents for this type of case, and California Rules of Court, Rule 2.251(c)(3), and Emergency Rule 12, I transmitted the document(s) directly to the following person(s) listed below. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful. |
|---|---|

Stephanie Hinds  
UNITED STATES ATTORNEY  
Sara Winslow  
CHIEF, CIVIL DIVISION  
Pamela T. Johann  
ASSISTANT UNITED STATES ATTORNEY  
450 Golden Gate Avenue, Box 36055  
San Francisco, CA 94102-3495  
Phone: (415) 436-7025  
Fax: (415) 436-6748  
pamela.johann@usdoj.gov

Attorney for Defendant  
*Pete Buttigieg*

I declare under penalty of perjury under the laws of the State of California the foregoing is a true and correct statement, and this certificate was executed on January 28, 2022.

By _____  
Halsey Volker