UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>PETE BUTTIGIEG,<br><br>    Defendant. | Case No. 19-cv-01411-JCS<br><br>**ORDER REGARDING EXHIBITS TO OBJECTIONS**<br><br>Re: Dkt. No. 138 |

Each of the exhibits to Plaintiff's objections (dkt. 138) to Defendant's bill of costs (dkt. 137) includes Plaintiff's Social Security number. Although a party may waive confidentiality of that party's own personal information under Rule 5.2(h) of the Federal Rules of Civil Procedure, the Court has SEALED those exhibits sua sponte in an abundance of caution. If Plaintiff would like the exhibits to be considered, she must file no later than January 17, 2022 either: (1) redacted versions of her exhibits, omitting her Social Security number; or (2) a statement that she consents to the public filing of the unredacted exhibits she previously filed, in which case the exhibits will be unsealed and made available on the public docket. If Plaintiff does not file anything in response to this order, the exhibits will remain sealed and will not be considered in determining taxable costs.

**IT IS SO ORDERED.**

Dated: January 9, 2023

JOSEPH C. SPERO
Chief Magistrate Judge